JAN 30 2023
RECEIVED BY ___
FOR MAILING

I Trenton Wilson was sexual assaulted by my roommate Keith Humphrey. When i first moved in the cell with Keith on 1-17-23 this inmate asked me was i "gay" i told him "YES" he said it's alright that he don't have a problem with "gay" people. The following day 1-18-23 when i came from the shower Keith Humphrey had my paper work with all my charges and i asked him what he doing going through my stuff, Keith said oh you a child molester. Keith used my charge of Lewd and lacivious as his way of thinking it was alright to touch me on my "**BUTT**", i had to repeatedly ask him to stop before he did, but on 1-19-23 around 10:30 that night after Keith got done smoking "molly" he jumped up and pulled me off my bunk and threw me on the floor and stood over me with a knife and said he hate child molester and pulled my boxers down and stuck **his finger** in my "**Anus**"! And i'm in fear of my life because of the fact – and i'm being "CONFINED" in retaliation for reporting said. Which is deteriating me mentally to point Daily i'm feeling more and more Suicidal!

